IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL KISSICK,

                Plaintiff,                ORDER

  v.

                                              13-cv-99-wmc

MICHAEL HUEBSCH, in his official capacity as
Secretary of the Wisconsin Department of
Administration, and DAVID ERWIN, in his official
Capacity as the Chief of the Wisconsin Capitol
Police,

                Defendants.

---

At the status conference held this morning, the court set the following schedule on plaintiff's motion for preliminary injunction:

- Response due from defendants to be served and filed on or before March 19, 2013.

- Reply due from plaintiff on any new matters raised by defendants to be served and filed on or before April 2, 2013.

- Hearing on preliminary injunction will be held at 8:00 a.m. on Wednesday, April 17, 2013.

Entered this 26th day of February, 2013.

                                              BY THE COURT:

                                              /s/

                                              _____
                                              WILLIAM M. CONLEY
                                              District Judge